IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>IRMA MIGUEL,<br><br>　　　　　Defendant and Judgment Debtor.<br><br>STANISLAUS COUNTY EMPLOYEES RETIREMENT ASSOCIATION,<br> (and its Successors and Assignees)<br><br>　　　　　Garnishee. | Case No.: 1:16MC00038-LJO-EPG<br><br>**ORDER TO VACATE FINAL ORDER OF WRIT OF GARNISHMENT AND TERMNATE THESE PROCEEDINGS**<br><br>Criminal Case No.: 1:96CR05110-REC |

　　　The Court, having reviewed the court files and the United States' application for an order to vacate final order of garnishment and terminate writ of garnishment (the "Application"), and finding good cause therefrom, hereby GRANTS the Application. Accordingly, it is ORDERED that the:

　　　1.　　The Final Order of Garnishment is vacated;

　　　2.　　Writ of Garnishment (Investment/Retirement Accounts) is hereby TERMINATED pursuant to 28 U.S.C. § 3205(c)(10)(B); and

　　　3.　　Clerk of Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

　　Dated:　**November 4, 2016**　　　　　　/s/ Lawrence J. O'Neill　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE